**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00338-CV

**FSC ENTERPRISES, LLC, Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-11-40912**

## ORDER

We **GRANT** appellees' June 19, 2013 unopposed second motion for an extension of time

to file a brief.  Appellees shall file their brief on or before July 29, 2013.  We caution appellees

that no further extension will be granted absent extraordinary circumstances.


/s/      CAROLYN WRIGHT
CHIEF JUSTICE